UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  4/3/2026
```

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| -against- | |
| DAVID KELLS, et al., | |
| Defendants. | |

25-CV-08960 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff Metropolitan Life Insurance Company ("Plaintiff") commenced this action on October 29, 2025.  Dkt. No. 1.  Plaintiff subsequently filed affidavits of service purporting to have served the three defendants in this action—David Kells, Kimberly Zeosky, and Deborah Casey— between November 10 and November 14, 2025.  Dkt. Nos. 13–15.  Counsel for Zeosky and Casey appeared on December 16, 2025.  Dkt. No. 16.  Separate counsel for Kells appeared on January 12, 2026.  Dkt. No. 18.  To date, no defendant has responded to the Complaint, and the deadline to do so has long expired.

On February 11, 2026, Kells moved for leave to file a late response to the Complaint. *See* Dkt. No. 19.  Kells anticipates moving to dismiss this action for lack of subject matter jurisdiction.  *See* Dkt. No. 22-1.  Plaintiff has not responded to Kells' February 11 motion.  Kells brings the motion pursuant to Federal Rule of Civil Procedure 55(c), which permits the Court to set aside a default or a default judgment.  *See* Fed. R. Civ. P. 55(c).  The Court notes that no default has been entered in this case.  In any event, for good cause shown, Kells' deadline to respond to the Complaint is hereby extended, *nunc pro tunc*, to **April 10, 2026**.  The Court *sua sponte* grants the same extension to Zeosky and Casey.  If any defendant moves to dismiss the Complaint, Plaintiff shall file any opposition by **April 24, 2026**, and the movants may file a reply by **May 1, 2026**.

Dated: April 3, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge